Warren S. Burt and John Thompson, as Executors, etc., Plaintiffs, v. Mary Ann Harris, Respondent, Impleaded with The Methodist Episcopal Church Home of The City of New York, Appellant.—Judgment affirmed, with costs. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

Conrad Christensen, Appellant, v. Abendroth Brothers, Respondent.—Motion for new trial upon exceptions directed to be heard in the first instance by the Appellate Division denied and judgment unanimously directed dismissing the complaint, with costs. No opinion. Present—Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Commissioner of Public Charities of the City of New York, on Complaint of Estelle Damsky, Respondent, v. Julius Cohen, Appellant.—Order of the Court of Special Sessions affirmed, with costs. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

Corbin Cabinet Lock Company, Appellant, v. Joshua T. Butler, Respondent.—Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr and Putnam, JJ., concurred; Thomas, J., dissented.

William Dillon, Respondent, v. Frank E. Xavier, Appellant.—Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr and Putnam, JJ., concurred; Burr, J., dissented.

Frank Doudera, as Trustee in Bankruptcy, etc., Appellant, v. Edward C. Boyce and Mary L. Boyce, Respondents.—Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr and Stapleton, JJ., concurred; Burr, J., not voting.

William F. Dreyer, Respondent, v. McCormack Real Estate Company, Appellant.—Order affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr and Putnam, JJ., concurred; Thomas, J., dissented on authority of *O'Beirne* v. *Lloyd* (43 N. Y. 248).

Joseph F. Eastmond, Respondent, v. Roy H. McNaught, Appellant, and Another, Defendant.—Judgment of May twentieth and order reversed, and new trial granted, costs to abide the event. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

Joseph F. Eastmond, Appellant and Respondent, v. Roy H. McNaught, Respondent and Appellant, and Another, Defendant.—Defendants' motion for a new trial, disclosing the methods by which Clarke's deposition before trial was obtained, established that its admission had been clearly error, since he was in no sense an adverse party. Therefore, a new trial was a matter of right, the granting of which should be without conditions. Order of August 7, 1912, modified accordingly, so as to grant defendants' motion, without terms, with costs of this appeal. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

Clinton M. Flint and Carrie S. Flint, Respondents, v. Freeport Railroad Company, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

Ethel Carey Grant, an Infant, etc., Appellant, v. Henry D. Carey, and Others, Individually and as Administrators, etc., Appellants, and